DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

18 DECEMBER 2013

| | | | |
|---|---|---|---|
| 438P13 | State v. Derrick Thomas Bailey | 1. Def's *Pro Se* Motion for NOA (COAP 13-553)<br><br>2. Def's *Pro Se* Motion for PDR<br><br>3. Def's *Pro Se* Motion to Proceed *In Forma Pauperis* | 1. Dismissed *Ex Mero Motu*<br><br>2. Dismissed<br><br>3. Allowed |
| 442P13 | State v. Louise Middleton Bivens | Def's *Pro Se* PDR Under N.C.G.S. § 7A-31 (COA12-1462) | Denied |
| 445P13 | State v. Michael Lamar Shorter | Def's *Pro Se* Motion to Dismiss | Dismissed |
| 449P11-6 | State v. Charles Everette Hinton | Def's *Pro Se* Motion for Notice of Judicial Review for *Habeas Corpus* | Denied **11/19/2013** |
| 449P11-7 | State v. Charles Everette Hinton | Def's *Pro Se* Motion for Notice of *Writ of Mandamus* | Denied |
| 450P13 | State v. Sergio Montez Sorrell | Def's *Pro Se* Petition for *Writ of Certiorari* to Review the Decision of the COA (COA12-572) | Denied |
| 451P13 | State v. Anthony Parks Weiss | Def's PDR Under N.C.G.S. § 7A-31 (COA12-1566) | Denied |